**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-cr-20324-TLP** |
| | ) | |
| **Dontrell Barbee,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REQUEST FOR NOTICE OF AN ALIBI DEFENSE**

The United States of America respectfully moves the Court to order defendant Dontrell Barbee, to provide the Government with notice of his intention to rely upon an alibi defense, pursuant to Rule 12, Federal Rules of Criminal Procedure, and in support thereof submits the following.

1. The Government tenders the following information for Count 1.

   a. Date of Offense: October 22, 2025

   b. Time of Offense: 7:30 p.m. – 9:45 p.m.

   c. Place of Offense: 767 North Hollywood Street, Memphis, Tennessee 38112

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By:   *s/ Irris J. Williams*
Irris J. Williams
Assistant United States Attorney
167 North Main Street, Suite 800

1

Memphis, Tennessee 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, Irris J. Williams, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading has been filed via the District Court's electronic case filing system.

This 23rd day of March, 2026.


By: *s/ Irris J. Williams*
   Irris J. Williams
   Assistant United States Attorney