**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-cr-20324-TLP** |
| | ) | |
| **DONTRELL BARBEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS INDICTMENT**

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Irris J. Williams, Assistant United States Attorney, and respectfully moves this Court to dismiss the Indictment (ECF Nos. 13, 14) in the above-styled case without prejudice.

The United States respectfully requests that this case be dismissed.

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By:   *s/ Irris J. Williams*
Irris J. Williams
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

1

## CERTIFICATE OF SERVICE

I, Irris J. Williams, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading of the United States has been filed via the District Court's electronic case filing system.

This 1st day of April, 2026.

.

By:    *s/ Irris J. Williams*
       Irris J. Williams
       Assistant United States Attorney

2